TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
JOSEPH O. JOHNS (Cal. Bar No. 144524)
Assistant United States Attorney
Environmental and Community Safety Crimes Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4536
    Facsimile: (213) 534-4300
    E-mail:    joseph.johns@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 2:21-cr-00026 -SVW |
| Plaintiff, | GOVERNMENT'S REQUEST FOR ISSUANCE OF SUMMONS ON INFORMATION; DECLARATION OF AUSA JOSEPH O. JOHNS; [PROPOSED] ORDER |
| v. | |
| HEMATOLOGY ONCOLOGY CONSULTANTS, a California General Partnership, MARK GOLDSTEIN, and STANLEY ROSSMAN, | |
| Defendants. | |

Pursuant to Fed. R. Crim. P. 9(a), plaintiff, United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California, hereby requests that three summons be issued for each of the named defendants in the above-entitled matter, based on the probable cause showing in the accompanying declaration of Assistant United States Attorney Joseph O. Johns.

//

//

The accompanying declaration is submitted in lieu of an affidavit, pursuant to 28 U.S.C. § 1746.

Dated: February 11, 2021        Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division


        /s/
JOSEPH O. JOHNS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF JOSEPH O. JOHNS**

I, Joseph O. Johns, declare and state as follows:

1. I am an Assistant United States Attorney for the Central District of California and am assigned to the prosecution of <u>United States v. Hematology Oncology Consultants, G.P., Mark Goldstein, and Stanley Rossman</u>, CR No. 2:21-cr-00026 -SVW.

2. I have negotiated plea agreements with defendants Hematology Oncology Consultants, G.P., Mark Goldstein, and Stanley Rossman and their respective defense attorneys in this matter. A fully executed copy of each of the three plea agreements is being filed concurrently with the information. The plea agreements contain admissions by each named defendant that he or it is guilty of the offenses charged in the information and a factual basis to support each defendant's plea of guilty. Based on each defendant's admission and associated factual basis, I submit that there is probable cause to believe that each defendant committed the offenses charged against them.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on February 11, 2021.

/s/ Joseph O. Johns 2/11/21
_____
JOSEPH O. JOHNS
Assistant United States Attorney