FILED
CLERK, U.S. DISTRICT COURT

February 12, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_em\_\_\_\_\_ DEPUTY

TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
JOSEPH O. JOHNS (Cal. Bar No. 144524)
Assistant United States Attorney
Environmental and Community Safety Crimes Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4536
     Facsimile: (213) 534-4300
     E-mail:    joseph.johns@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 2:21-cr-00026 -SVW |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| HEMATOLOGY ONCOLOGY CONSULTANTS, a California General Partnership, MARK GOLDSTEIN, and STANLEY ROSSMAN, | |
| Defendants. | |

THE COURT FINDS that the government has established probable cause to believe that offenses have been committed and that the defendants, Hematology Oncology Consultants, G.P., Mark Goldstein, and Stanley Rossman, committed said offenses.

//

//

//

//

IT IS HEREBY ORDERED that the government's request for a summons for Defendants Hematology Oncology Consultants, G.P., Mark Goldstein, and Stanley Rossman is GRANTED and the Clerk's Office is directed to issue the summons for the defendants to appear on **March 19, 2021 at 1:00 p.m.** in Courtroom 880 of the Roybal Federal Building and United States Courthouse, 8th Floor, 255 E. Temple Street, Los Angeles, California.

IT IS SO ORDERED.

February 12, 2021
DATE

*Patricia Donahue*
HONORABLE PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE

Presented by:
    /s/ 2/11/21

JOSEPH O. JOHNS
Assistant United States Attorney